# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesse Lowman,<br><br>       Plaintiff,<br><br>v.<br><br>American Education Services, et al.,<br><br>       Defendants. | No. CV-16-03400-PHX-GMS<br><br>**ORDER** |

Upon review of the Stipulation for Dismissal of PHEAA dba American Education Services with Prejudice (Doc. 54), filed by Plaintiff and Defendant PHEAA dba American Education Services only, and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 54) is granted. The above entitled matter is hereby dismissed with prejudice as to Defendant PHEAA dba American Education Services, only, with the parties to bear their own costs and attorney's fees.

Dated this 1st day of August, 2017.

_____
Honorable G. Murray Snow
United States District Judge